USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-14-2019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DUPLICATE FILING IN DOLAN v. CHRISTY
1:16-cv-09853 -LTS-SDA

GLYNN/DOLAN

Case No. 14-cv-01924(LTS) (SDA)

Plaintiffs,

vs.

**STIPULATION OF DISMISSAL**

PHILLIP TROY CHRISTY, AIR BAK TECHNOLOGIES, LLC and AIR BAK TECHNOLOGIES CORP.,

Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein, and by the pro se Defendants, PHILIP TROY CHRISTY and JOSEPH SPEYER, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action, including all claims and counterclaims, be, and the same hereby is, dismissed and discontinued with prejudice and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 18, 2018

_____
Paul W. Verner, Esquire
Verner Simon
30 Wall Street, 8th Floor
New York, New York 10005
pwverner@vernerlaw.com
*Counsel for Plaintiffs and for
AIR BAK TECHNOLOGIES,
LLC and AIR BAK TECHNOLOGIES
CORP.*

_____
Joseph Speyer
110 Valley Road
Katonah, NY 10536
JALS004@aol.com
*Defendant Pro Se*

_____
Philip Troy Christy
52 Martin Rd.
Hopewell Junction, NY 12533
*troyairbac@gmail.com*
*Defendant Pro Se*

SO ORDERED:

_____
2/14/19
LAURA TAYLOR SWAIN
US DISTRICT JUDGE